No. 03–7588. PEREZ-ACOSTA v. UNITED STATES; PASCASIO-MANUEL v. UNITED STATES; GARCIA-PENA v. UNITED STATES; MARTINEZ-LUEVANO v. UNITED STATES; ATAYDE-PALOMINO v. UNITED STATES; ESCOBEDO-GUERRERO v. UNITED STATES; PEDRAZA-ESTRADA v. UNITED STATES; and ALVA-CARVAJAL v.

UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 71 Fed. Appx. 432 (fifth judgment); 72 Fed. Appx. 220 (fourth judgment), 226 (second judgment), 227 (first judgment), 973 (third judgment), 979 (eighth judgment), 988 (seventh judgment), and 996 (sixth judgment).